IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) RONNIE BARTON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>v.<br><br>1) ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, a foreign Corporation,<br><br>          Defendant. | Case No. 12 CV-460-JED-PJC<br>Judge John E. Dowdell |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ronnie Barton, and Defendant, Allmerica Financial Benefit Insurance Company, Inc., pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

/s/ Laura M. Lauth
Donald E. Smolen, II, OBA #19944
Laura M. Lauth, OBA #22619
SMOLEN, SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
donaldsmolen@ssrok.com
lauralauth@ssrok.com
*Attorneys for Plaintiff*

/s/ Randall E. Long
DAN S. FOLLUO, OBA #11303
RANDALL E. LONG, OBA #22216
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
dfolluo@rhodesokla.com
rlong@rhodesokla.com
*Attorneys for Defendant*